UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE RAMON CASTRO,<br><br>Defendant. | CASE NO.: 22CR2850-W<br><br>ORDER GRANTING JOINT MOTION TO CONTINUE |

For good cause shown and upon joint motion of the parties, IT IS HEREBY ORDERED that the Status Hearing currently scheduled for February 13, 2023, be continued to **March 20, 2023 at 9:00 a.m.**

It is further ordered that the time between February 13, 2023 and March 20, 2023 is excluded under the Speedy Trial Act in the interests of justice pursuant to 18 U.S.C. § 3161(h)(1)(A)(D), (h)(1) (A)(G) and (h)(7)(A)

DATED: _2/7/23_                    _____

                                                    **Honorable Thomas J. Whelan**
                                                    United States District Judge